IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, ANDY QUACH

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDY QUACH,<br><br>     Plaintiff,<br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>     Defendants. | Case No.: CV 12-01674 VBK<br><br>ORDER AWARDING EAJA FEES<br><br>HON. VICTOR B. KENTON<br><br>UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND FOUR HUNDRED NINTY FOUR DOLLARS ($4,494.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: ___January 7, 2013___                   _____/s/_____
                                                HON. VICTOR B. KENTON
                                                U.S. MAGISTRATE JUDGE