IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, ANDY QUACH

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANDY QUACH, | ) Case No.: CV 12-01674 VBK |
| | ) |
| Plaintiff, | ) ORDER AWARDING EAJA FEES |
| vs. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) HON. VICTOR B. KENTON |
| | ) |
| Defendants. | ) UNITED STATES MAGISTRATE |
| | ) JUDGE |
| | ) |
| | ) |

  Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND FOUR HUNDRED NINTY FOUR DOLLARS ($4,494.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: ___January 7, 2013___   _____/s/_____

                HON. VICTOR B. KENTON
                U.S. MAGISTRATE JUDGE